LODGED | FILED
---|---
2012 MAY 14 AM 10: 39 | 2012 MAY 21 AM 9: 26
CLERK U.S. DISTRICT COURT CENTRAL DIST. CALIF. LOS ANGELES BY ___ | CLERK U.S. DISTRICT COURT CENTRAL DIST. CALIF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARTHUR MARTIKYAN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV12- 4157 UA (DUTYx) |
| V. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S) | |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____   _____
Date                        United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.   ☐ District Court lacks jurisdiction.

☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____

☒ Other: _Inconsistent financial information for same plaintiff on:_

Comments: CV12-4172, CV12-4157, CV12-4160. Submit consistent info. on new IFP forms within 30 days.

5/15/12
_____   _____
Date                        United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED    ☒ DENIED (See comments above). _without prejudice_

5/17/12
_____   _____
                            Audrey B. Collins

CV-73A (01/10)  ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE